**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pipeline Technologies, Inc., ) | CV 13-2104-PHX-PGR |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| Telog Instruments, Inc., et al., ) | |
| ) | |
| Defendants. ) | |

The Court having reviewed the parties' Joint Motion to Amend Scheduling Order and for Permission to Exceed Page Limit for Claim Construction Briefs (Doc. 66), and for good cause shown,

**IT IS HEREBY ORDERED** that the deadline for the parties to file a joint claim construction and prehearing statement and to file their respective claim construction briefs is extended to June 13, 2014.

**IT IS FURTHER ORDERED** that the parties' page limitation for their claim construction briefs is extended to 25 pages.

**IT IS FURTHER ORDERED** denying as moot Plaintiff's motion to exceed page limit (Doc. 65).

DATED this 5th day of June, 2014.

Paul G. Rosenblatt
United States District Judge